# Exhibit A

### Schedule of Transfers to Benjamin Aryeh and Rafael Gallery Inc.

| Transfer Date | Transfer Type | Transfer Amount |
|:---:|:---:|---:|
| 5/19/17 | WIRE | $525,000 |
| 12/12/16 | WIRE | $341,667 |
|  | TOTAL: | $866,667 |